```
Lorna Walker    #154724
The Law Offices of
  SWEET & WALKER, P.C.
2380 Junipero Serra Boulevard, Suite B
Daly City, California 94015
Phone (415) 334-1600  Fax (415) 334-0855

Attorneys for Plaintiff
     MARTIN KENNEY & CO.
```

UNITED STATES DISTRICT COURT

Central District of California

| | |
|---|---|
| MARTIN KENNEY & CO., | |
| Plaintiff, | NO.2:18-CV-07767-CBM-RAOx |
| vs. | ORDER GRANTING |
| ROGER CORMAN, et al., | DISMISSAL BY STIPULATION [JS-6] |
| Defendants. | |

IT IS ORDERED that the matter is hereby dismissed with parties' Stipulation for Dismissal filed herein and that each party shall bear their own attorney fees and costs in all matters between them.

DATED: AUGUST 5, 2021

_____
HONORABLE JUDGE CONSUELO B. MARSHALL
U.S. DISTRICT JUDGE

ORDER GRANTING DISMISSAL BY STIPULATION                                1